THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-28-1-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | ORDER TO SEAL MEDICAL |
| VS. | ) | RECORDS (UNDER SEAL) |
| | ) | |
| ANTHONY JULIUS SCROGGINS, SR. | ) | |
| | ) | |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, the Defendant's *Motion to Seal Medical Records* is allowed and the Clerk is directed to seal this *order,* and *Motion to Seal Medical Records,* except that the clerk is authorized to provide filed copies of the Court's ruling on said *motion* to counsel for the Defendant and the Government.

SO ORDERED, this the __21__ day of __January__ 2021.

James C. Dever III
District Court Judge